**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KENNETH PALMER | CIVIL ACTION NO.16-1076 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY | MAGISTRATE JUDGE KAREN HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation (Record Document 7) and the Supplemental Report and Recommendation (Record Document 11) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the § 2254 petition is **DENIED** and **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of November, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT